UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., | Case No.: 1:14-cv-00918-DAD-BAM (PC) |
| Plaintiff, | APPEAL NO. 16-16464 |
| v. | ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |
| JEFFERY BEARD, et al., | |
| Defendants. | |

Plaintiff Anthony Tyrone Campbell, Sr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2016, the Court dismissed this action for failure to state a claim. (ECF Nos. 18, 19.) Plaintiff appealed. (ECF No. 20.)

On August 29, 2016, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **November 21, 2016**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE