# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY TYRONE CAMPBELL, SR., | ) | 1:14-cv-00918-DAD-BAM (PC) |
| Plaintiff, | ) | ORDER TO RECAPTION CASE |
| v. | ) | |
| P. DICKEY, | ) | |
| Defendant. | ) | |

On August 3, 2016, this action was dismissed for the failure to state a claim upon which relief could be granted, and judgement was entered accordingly. (ECF Nos. 18, 19.) Plaintiff appealed. (ECF No. 20.)

On March 17, 2017, the Ninth Circuit Court of Appeals found the dismissal of Plaintiff's equal protection claim against Defendant P. Dickey was premature, and reversed and remanded this action for further proceedings on that claim only. (ECF No. 25.) A mandate from the Ninth Circuit Court of Appeals was issued on April 10, 2017. (ECF No. 26.)

Consequently, the docket in this case shall be corrected to reflect the dismissal of all defendants except Defendant P. Dickey. The caption shall be as reflected above.

IT IS SO ORDERED.

Dated: **April 11, 2017**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE