# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., <br><br> Plaintiff, <br><br> v. <br><br> P. DICKEY, <br><br> Defendant. | Case No. 1:14-cv-00918-DAD-BAM (PC) <br><br> ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS <br><br> (ECF No. 40) <br><br> **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Anthony Tyrone Campbell, Sr., is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's equal protection claim against Defendant P. Dickey.

On October 9, 2017, Defendant filed and served a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, for dismissal as bared by Heck v. Humphrey, 512 U.S. 477 (1994), and on the grounds of qualified immunity. (ECF No. 40.) Plaintiff's opposition or statement of non-opposition to that motion was due on or before twenty-one (21) days from the date of service of that motion. Local Rule 230(l). More than twenty-one (21) days have passed, and Plaintiff has not responded to the motion or otherwise communicated with the Court.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within **twenty-one (21) days**. **Plaintiff is**

1

**warned that the failure to comply with this order will result in dismissal of this action for the failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: __November 9, 2017__     ___/s/ Barbara A. McAuliffe___
UNITED STATES MAGISTRATE JUDGE