# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., | Case No. 1:14-cv-00918-LJO-BAM (PC) |
| Plaintiff, | ORDER RESCHEDULING ADR SETTLEMENT CONFERENCE |
| v. | Date: **November 8, 2018** |
| P. DICKEY, | Time: **9:30 a.m.** |
| Defendant. | Judge: **Honorable Stanley A. Boone** |
| | **Courtroom 9 (SAB)** |

Due to a scheduling issue in this matter, the Court is moving the date for the ADR settlement conference in this case to November 8, 2018 at 9:00 a.m., before Magistrate Judge Stanley A. Boone in Courtroom 9 (SAB) at the United States Courthouse in Fresno, California. Settlement statements must arrive no later than November 2, 2018. All other provisions of the Court's prior order setting this conference remain the same.

IT IS SO ORDERED.

Dated: __September 25, 2018__

_____
UNITED STATES MAGISTRATE JUDGE