# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., <br><br> Plaintiff, <br><br> v. <br><br> P. DICKEY, <br><br> Defendant. | Case No. 1:14-cv-00918-LJO-BAM (PC) <br><br> SECOND ORDER RESCHEDULING ADR SETTLEMENT CONFERENCE <br><br> Date: **December 12, 2018** <br> Time: **11:00 a.m.** <br> Judge: **Honorable Stanley A. Boone** <br>     **Courtroom 9 (SAB)** |

Due to a scheduling issue in this matter, the Court is moving the date for the ADR settlement conference in this case to December 12, 2018 at 11:00 a.m., before Magistrate Judge Stanley A. Boone in Courtroom 9 (SAB) at the United States Courthouse in Fresno, California. Settlement statements must arrive no later than December 5, 2018. All other provisions of the Court's prior order setting this conference remain the same.

IT IS SO ORDERED.

Dated:   **October 5, 2018**                             
                                                         UNITED STATES MAGISTRATE JUDGE