UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR.,<br><br>                Plaintiff,<br><br>v.<br><br>P. DICKEY,<br><br>                Defendant. | 1:14-cv-00918 LJO BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ANTHONY TYRONE CAMPBELL, SR., CD # K-56852, PLAINTIFF'S WITNESS<br><br>DATE: December 12, 2018<br>TIME: 11:00 a.m. |

      ANTHONY TYRONE CAMPBELL, SR., inmate, CDC #K-56852, a necessary and material witness for the Plaintiff in proceedings in this case on December 12, 2018, is confined at California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696-4000, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, along with any necessary property, before the Honorable Stanley A. Boone, in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on December 12, 2018, at 11:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, along with any necessary property, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California State Prison, Solano**

      **WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **November 16, 2018**      /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE