1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                      EASTERN DISTRICT OF CALIFORNIA

8   ANTHONY TYRONE CAMPBELL, SR.,         Case No. 1:14-cv-00918-LJO-BAM (PC)

9                  Plaintiff,              ORDER THAT INMATE ANTHONY
                                           TYRONE CAMPBELL, SR., IS NO LONGER
10        v.                               NEEDED AS A WITNESS IN THESE
                                           PROCEEDINGS, AND THE WRIT OF
11  P. DICKEY,                             HABEAS CORPUS AD TESTIFICANDUM IS
                                           DISCHARGED
12                 Defendant.

13

14

15         Plaintiff Anthony Tyrone Campbell, Sr., is a state prisoner proceeding *pro se* and *in forma*

16  *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

17         A settlement conference in this matter commenced on December 12, 2018.  Inmate

18  Anthony Tyrone Campbell, Sr., CDCR #K-56852, is no longer needed as a witness in these

19  proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY

20  DISCHARGED.

21
22  IT IS SO ORDERED.

23  Dated:  __**December 12, 2018**__     _____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28