# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., | Case No. 1:14-cv-00918-LJO-BAM (PC) |
| Plaintiff, | ORDER LIFTING STAY OF PROCEEDINGS |
| v. | ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |
| P. DICKEY, | |
| Defendant. | |

Plaintiff Anthony Tyrone Campbell, Sr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds on Plaintiff's equal protection claim against Defendant Dickey.

On September 10, 2018, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project. (Doc. No. 49.) The Court stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins.

A settlement conference before Magistrate Judge Stanley A. Boone was held on December 12, 2018. (Doc. No. 54.) The Court is informed that the case did not settle. This case is therefore ready to proceed to discovery.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (Doc. No. 49) is LIFTED;

2. A discovery and scheduling order shall be issued; and

3. The parties may proceed with discovery pursuant to the separately issued discovery and scheduling order.

IT IS SO ORDERED.

Dated: **December 14, 2018**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE