# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., <br><br> Plaintiff, <br><br> v. <br><br> P. DICKEY, <br><br> Defendant. | Case No. 1:14-cv-00918-LJO-BAM (PC) <br><br> ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT <br><br> (ECF No. 61) <br><br> **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Anthony Tyrone Campbell, Sr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 24, 2019, Defendant P. Dickey filed and served a motion for summary judgment. (ECF No. 61.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir.1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir.1988). (ECF No. 61-5.)

Plaintiff's response to Defendant's motion for summary judgment was due on or before November 18, 2019. However, Plaintiff has not filed an opposition, or a statement of non-opposition, to Defendant's summary judgment motion. Additionally, Plaintiff has not otherwise communicated with the Court.

///

1

Accordingly, pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition, or a statement of non-opposition, to Defendant's motion for summary judgment within **twenty-one (21) days** from the date of service of this order.  **<u>Plaintiff is warned that the failure to comply with this order will result in a recommendation to dismiss this action for failure to prosecute and failure to obey a court order</u>**.

IT IS SO ORDERED.

Dated: **December 3, 2019**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE