UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR., | No. 1:14-cv-00918-JLT-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DICKEY, *et al.*, | |
| Defendants. | (Docs. 61, 71) |

Anthony Tyrone Campbell, Sr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant P. Dickey for racial discrimination in violation of the Equal Protection Clause of the Fourteenth Amendment based on allegations that Defendant assigned Plaintiff to a cell with a gang-affiliated inmate based on Plaintiff's race.

On January 31, 2014, the assigned magistrate judge issued Findings and Recommendations to grant Defendant's motion for summary judgment. (Doc. 71.) The Court served the Findings and Recommendations on the parties and indicated that any objections were due within 14 days. (*Id.* at 11.) Plaintiff filed objections on February 21, 2024. (Doc. 72.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on January 31, 2024, (Doc. 71), are **ADOPTED IN FULL**.
2. Defendant's motion for summary judgment, (Doc. 61), is **GRANTED**.
3. Judgment shall be entered in favor of Defendant and against Plaintiff.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 24, 2024**

UNITED STATES DISTRICT JUDGE

2